CRPR 645

10-12-258-CR

To whom it may Concern:                                        11-29-2016

       I would like to request a State appointed Appeal lawyer. I have reason to believe, without a doubt, and with proof, that there was injustice at my Trial. May you please help me with this issue. I do not have an income and pray that the Tenth Court of appeals can help me by giving me the information that is needed to aquire a State appointed Appeal lawyer.

       Thank you for your Time.

                    Jerred Treghlins

RECEIVED

DEC 0 5 2016

COURT OF APPEALS
WACO, TEXAS

Leonard Trey Uno 1742015
Roach Unit 15345 FM 164
Childress, TX 79201

AMARILLO TX 791

01 DEC 2016 PM1 L

RECEIVED
DEC 0 5 2016
COURT OF APPEALS
WACO, TEXAS

Tenth Court of Appeals
Mclennan county Courthouse
501 Washington Av. Room 415
Waco, TX. 76701-1373